UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Marco Damian Avila** | § | **CASE NO. 17-04202** |
| | § | **HON. Scott W Dales** |
| Debtor(s) | § | |
| | § | |

### STIPULATED FIRST POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

NOW COME the Debtor, Marco Damian Avila, by his counsel, Mapes Law Offices, and the Chapter 13 Trustee, Barbara P. Foley, and in support of their Stipulated First Post-Confirmation Amended Chapter 13 Plan, state as follows:

1. The Debtor is able to commit additional disposable income to his Chapter 13 Plan. Therefore, Section II.A of the Confirmed Plan is amended to provide that the Debtor's new plan payment shall be $1280.00 monthly.

2. This amendment has no detrimental effect on creditors, and service upon the Matrix should therefore be waived.

WHEREFORE, the undersigned hereby agree and stipulate to entry of the attached Order Approving Stipulated First Post-Confirmation Amended Chapter 13 Plan.

Dated: 10/9/2018            /s/_____
                            Barbara P. Foley, Chapter 13 Trustee

Dated: 10/2/2019            /s/_____
                            Marco Damian Avila, Debtor

Dated: 10/2/2019            /s/George J. George_____
                            Jeffrey D. Mapes, Attorney for Debtor
                            George J. George, Associate Attorney
                            29 Pearl St. NW, Ste. 305
                            Grand Rapids, MI 49503
                            Phone: (616) 719-3847
                            Fax: (616) 719-3857